Dismissed and Opinion filed April 3, 2003









Dismissed and Opinion filed April 3, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01215-CV

____________

 

DACOMA, INC., MAXIMO CABALLERO, AND SERGIO CASTRO, Appellants

 

V.

 

EVERGREEN PARTNERS, A TEXAS PARTNERSHIP, CATHERINE
MICHON, RONALD DEUTSCH, AND SHADOWVIEW VILLAGE TOWNHOMES ASSOCIATION, INC., Appellees

 



 

On
Appeal from the 11th District Court

Harris
County, Texas

Trial
Court Cause No. 00-17501

 



 

M
E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order denying class
certification signed October 28, 2002.

On March 31, 2003, appellants filed a motion to dismiss
because they no longer desire to prosecute the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed April 3, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.